IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No:1:19-cr-00178-DAD-BAM-1 |
| Plaintiff, | ) | **ORDER RELIEVING FEDERAL DEFENDER'S OFFICE AND APPOINTING CJA PANEL COUNSEL TO REPRESENT DEFENDANT** |
| vs. | ) | |
| AKOP DONGELYAN, | ) | |
| Defendant. | ) | |

Whereas, a conflict has been identified that prevents the Federal Defender's Office from effectively representing the defendant, Akop Dongelyan, it is **HEREBY ORDERED** that Assistant Federal Defender Megan Hopkins is relieved as counsel of record.

Counsel from the Criminal Justice Act (CJA) Panel is hereby appointed, with the Federal Defender's Office to ensure counsel is arranged promptly and all discovery currently in the possession of the Federal Defender's Office is provided to new counsel, subject to the protective order filed on September 26, 2019.

IT IS SO ORDERED.

Dated: **October 23, 2019**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE