PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AKOP DONGELYAN AND ARTAK VARDANYAN,<br><br>Defendant. | CASE NO.  1:19-CR-00178-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 27, 2022<br>TIME: 1:00 p.m.<br>COURT: Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 27, 2022.

2. By this stipulation, defendants now move to continue the status conference until August 24, 2022, and to exclude time between April 27, 2022, and August 24, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, financial records, and surveillance footage and exceeds 33,000 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

   b) Counsel for defendants desire additional time to conduct investigation and research related to the charges, to conduct investigation and research related to the charges, to review discovery for this matter, and to discuss possible resolutions with the government and the defendants.  While parties had intended to finalize plea agreements in this matter or request a trial date, by April 27, 2022, defense counsel needs one last continuance.  Parties do not intend to file a similar stipulation before the August 24, 2022 date.

   c) Additionally, counsel for defendant Vardanyan is scheduled to undergo cervical surgery on April 6, 2022, with an unclear period of recuperation; the continuance period will allow counsel to recuperate and participate in matters concerning the pending status conference.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2022 to August 24, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 7, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ALEXANDRE DEMPSEY<br>ALEXANDRE DEMPSEY<br>Assistant United States Attorney |
| Dated:  April 7, 2022 | /s/ RICHARD M. OBERTO<br>RICHARD M. OBERTO<br>Counsel for Defendant<br>AKOP DONGELYAN AND<br>ARTAK VARDANYAN |
| Dated:  April 7, 2022 | /s/ MICHAEL H. ARTAN<br>MICHAEL H. ARTAN<br>Counsel for Defendant<br>ARTAK VARDANYAN |

### **ORDER**

IT IS SO ORDERED that the status conference is continued from April 27, 2022, to **August 24, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). <u>The Court will not grant further continuances, absent good cause, which will be narrowly construed, and will set a trial date at the next status conference if the case is not resolved in advance of that status hearing</u>.

IT IS SO ORDERED.

Dated:   **April 8, 2022**          /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE