PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AKOP DONGELYAN AND ARTAK VARDANYAN, <br><br> Defendant. | CASE NO. 1:19-CR-00178-DAD-BAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: February 28, 2023 <br> TIME: 1:00 p.m. <br> COURT: Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on February 28, 2023.

2. By this stipulation, defendants now move to vacate the February 28, 2023 trial date and associated trial confirmation hearing and set the case for trial starting June 27, 2023, with a trial confirmation hearing on June 5, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, financial records, and surveillance footage and exceeds 33,000

1

pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendants desire additional time to conduct investigation and research related to the charges, to conduct investigation and research related to the charges, to review discovery for this matter, and to discuss possible resolutions with the government and the defendants.  Additionally, counsel for DONGELYAN joined the case in late October 2022 and needs additional time to prepare for trial.  All parties will be ready for trial beginning the week of June 27, 2023.  No additional continuances are anticipated in this case.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2023 to June 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 27, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ALEXANDRE DEMPSEY<br>ALEXANDRE DEMPSEY<br>Assistant United States Attorney |
| Dated:  December 27, 2022 | /s/ GEORGE MGDESYAN<br>GEORGE MGDESYAN<br>Counsel for Defendant<br>AKOP DONGELYAN |
| Dated:  December 27, 2022 | /s/ MICHAEL H. ARTAN<br>MICHAEL H. ARTAN<br>Counsel for Defendant<br>ARTAK VARDANYAN |

IT IS SO ORDERED.

Dated:   December 31, 2022

UNITED STATES DISTRICT JUDGE

3