George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorney for Defendant
AKOP DONGELYAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No:  19-CR-00178-ADA |
| Plaintiff, | ) |
| | ) ORDER CONTINUING SENTENCING |
| vs. | ) HEARING |
| | ) |
| AKOP DONGELYAN, | ) |
| Defendant. | ) |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the parties' stipulation to continue the sentencing hearing is GRANTED. The sentencing hearing is hereby continued to December 6, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   August 31, 2023

_____
UNITED STATES DISTRICT JUDGE