George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorney for Defendant
AKOP DONGELYAN

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No:  19-CR-00178-ADA-BAM |
| Plaintiff, | ) <u>ORDER CONTINUING SENTENCING</u> |
| vs. | ) <u>HEARING</u> |
| AKOP DONGELYAN, | ) |
| Defendant. | ) |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the parties' stipulation to continue the sentencing hearing is GRANTED. The sentencing hearing is hereby continued from December 11, 2023 at 8:30 a.m., to **January 24, 2024, at 8:30 a.m. in Courtroom 5 before the District Judge**.

IT IS SO ORDERED.

Dated:   **November 17, 2023**            /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE