PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AKOP DONGELYAN, and<br>ARTAK VARDANYAN,<br><br>Defendants. | CASE NO. 1:19-CR-00178-NODJ-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreements entered into between the United States of America and defendants Akop Dongelyan and Artak Vardanyan, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendants Akop Dongelyan's and Artak Vardanyan's interests in the following property shall be condemned and forfeited to the United States, to be disposed of according to law:

    a. Gray and red skimming device,
    b. Gray and blue skimming device,
    c. Apple iPhone, model A1533, IMEI: 013969004137023,
    d. Apple iPhone, model A1549, IMEI: 359305067376566,
    e. approximately 141 counterfeit access cards,
    f. six access cards issued to Artak Vardanyan,
    g. two Holiday Inn Express key cards,
    h. three access card skimming device,

    i. All miscellaneous documents, receipts, and papers seized in this case,
    j. A personal money judgment against Akop Dongelyan for $198,602.00, and
    k. A personal money judgment against Artak Vardanyan for $198,602.00.

  2. The above-listed property constitutes property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 371.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Federal Bureau of Investigation, in their secure custody and control.

  4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **January 8, 2024**          /s/ Jennifer L. Thurston
                    UNITED STATES DISTRICT JUDGE