George G. Mgdesyan (SBN 225476)
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave.
Sherman Oaks, CA  91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: George@Mgdesyanlaw.com

Attorney for Defendant
AKOP DONGELYAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No:  19-CR-00178-NODJ-BAM |
| Plaintiff, | ) <u>ORDER CONTINUING SENTENCING HEARING</u> |
| vs. | ) |
| AKOP DONGELYAN, | ) |
| Defendant. | ) |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the parties' stipulation to continue the sentencing hearing is GRANTED. The sentencing hearing is hereby continued from January 22, 2024, to **February 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **January 10, 2024**          /s/ *Barbara A. McAuliffe*        
                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28